**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                 Civil Action No. 1:15-cv-00514-LO-IDD

JOHN DOE, subscriber assigned IP address
108.18.43.173,

      Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 108.18.43.173. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 27, 2015

                                            Respectfully submitted,

                                            By: /s/ *William E. Tabot*
                                            William E. Tabot PC
                                            9248 Mosby Street
                                            Manassas, VA 20110-5038
                                            Phone: 703-530-7075
                                            Email: wetabotesq@wetlawfirm.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *William E. Tabot*_____
William E. Tabot